## The People of the State of Illinois, Defendant in Error, v. Lewis E. Rice, Plaintiff in Error.

### Gen. No. 22,135.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH Z. UHLIR, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed July 20, 1916.

### Statement of the Case.

Information by the People of the State of Illinois against Lewis Rice, defendant, charging him with being, on September 22, 1915, an inmate of a house of ill fame. Trial by jury having been waived, the cause was submitted to the court, resulting in adjudging defendant guilty and sentencing him to pay a fine of two hundred dollars and the costs of suit, taxed at six dollars. To reverse this judgment, defendant prosecutes this writ of error.

It appeared that defendant, on above date and for six years prior thereto, was employed as clerk in the Queen Hotel, being the premises referred to and described in said information. It was contended by defendant, if he was guilty of any offense under the evidence, that he was guilty of being a keeper and not an inmate of a house of ill fame or assignation, etc.

MAURICE J. SLATER, for plaintiff in error.

MACLAY HOYNE, for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

### Abstract of the Decision.

DISORDERLY HOUSE, § 6*—*when evidence sufficient to show defendant an inmate of house of assignation.* On a prosecution by information, charging defendant with being an inmate of a house of ill

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

fame, evidence examined and *held* sufficient to support a judgment that defendant was an "inmate" within the meaning of the Criminal Code, ch. 38, sec. 57a-1 [Cal. Ill. St. Supp. 1916 ¶ 3591 (1) ].

# The People of the State of Illinois, Defendant in Error, v. Hans Ness, Plaintiff in Error.

## Gen. No. 22,257.     (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed July 20, 1916.

## Statement of the Case.

Information by the People of the State of Illinois against Hans Ness, defendant, charging him with obtaining from Eugene Sullivan, the informant, with intent to cheat and defraud, by means of false pretenses, the sum of one hundred and ninety dollars. Trial by jury having been waived, the court found the defendant guilty in manner and form as charged in said information, and sentenced him to the House of Correction of the City of Chicago for three months, and further to pay to the clerk of the Municipal Court of Chicago, a fine of two hundred dollars and costs of suit. To reverse this judgment, defendant prosecutes this writ of error.

It appeared that defendant entered into a contract with the said Sullivan whereby he agreed to do certain carpenter work on Sullivan's dwelling house for a certain stipulated sum. Defendant, at Sullivan's request, performed other work on said house in addition to that specified in their contract, for which work defendant, as a result of compromise, accepted one hundred and ninety dollars in full settlement of all claims